# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1352 | **DATE** | 7/12/2005 |
| **CASE TITLE** | CAROL J. FOXX vs. ELECTROMOTIVE | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for summary judgment is granted.

■ [ For further detail see attached order.]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | DW |
|---|---|---|